```
 1  Michael C. Ormsby
    United States Attorney                              FILED IN THE
 2  Eastern District of Washington                  U.S. DISTRICT COURT
    Jared C. Kimball                              EASTERN DISTRICT OF WASHINGTON
 3  Assistant United States Attorney                  AUG 2 1 2013
    Aine Ahmed
 4  Assistant United States Attorney                SEAN F. McAVOY, CLERK
    Post Office Box 1494                          _____DEPUTY
 5  Spokane, WA 99210-1494                           SPOKANE, WASHINGTON
    Telephone: (509) 353-2767
 6
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | CR-13-128-WFN |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Vio: 21 U.S.C. §§ 841(a)(1), 846, Conspiracy to Distribute 50 Grams or More of Pure (Actual) Methamphetamine (Count 1) |
| WILLIAM J. NELSON, ▓▓▓ | ) | Notice of Criminal Forfeiture Allegations |
| Defendants. | ) | |

The Grand Jury Charges:

Count 1

That beginning on an exact date unknown, but no later than on or about March 1, 2006, and continuing until on or about January 19, 2012, in the Eastern District of Washington, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WILLIAM J. NELSON, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and other individuals, both known and unknown, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, to commit the following offense against the United States, to wit: Distribution of 50 Grams or More of Pure (Actual) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

INDICTMENT - 1
P30807dd AAA.wpd

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. §§ 841(a)(1) and 846, ▮▮▮, WILLIAM J. NELSON ▮▮▮, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___20___ day of August, 2013.

A TRUE BILL

*/s/ Michael C. Ormsby*
Michael C. Ormsby
United States Attorney

*/s/ Jared C. Kimball*
Jared C. Kimball
Assistant United States Attorney

*/s/ Aine Ahmed*
Aine Ahmed
Assistant United States Attorney

INDICTMENT - 2
P30807dd AAA.wpd