✎ PS 8
(5/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 3 1 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| U.S.A. vs. | Nelson, William John | Docket No. | 2:13CR00128-WFN-3 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, William John Nelson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 23rd day of January 2014, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condtion #19:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, pretrial services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Nelson consumed a controlled substance, methamphetamine, on or about February 26, 2014.

**Violation #2:** Mr. Nelson consumed a controlled substance, methamphetamine, on or about March 10, 2014.

**Violation #3:** The defendant failed to provide a urinalysis sample on or about March 17, 2014.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  March 31, 2014 |
| by | s/Melissa Hanson |
|  | Melissa Hanson
U.S. Pretrial Services Officer |

PS-8
**NELSON, William John**
**Page 2**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/31/14
Date